MULLER et al. v. GREENWALD.

(Supreme Court, Appellate Term. June 22, 1905.)

GOODS SOLD AND DELIVERED—JUDGMENT—SUFFICIENCY OF EVIDENCE.
　　Where defendant's agent, who had authority to order coal for the use of defendant's house, and authorized the janitress to receipt for the coal when delivered, ordered coal of plaintiffs, for which the janitress gave receipts, evidence of such facts, and of the price and amount of the coal, entitled plaintiffs to judgment.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Leon Edward Muller and another against Samuel Greenwald. Judgment for defendant, and plaintiffs appeal. Reversed.

Argued before SCOTT, P. J., and DUGRO and MacLEAN, JJ.

Goldsmith & Rosenthal, for appellants.
David W. Rockmore, for respondent.

SCOTT, P. J. This action was for goods sold and delivered, and the complaint was dismissed at the close of the plaintiffs' case upon the trial judge's own motion. It was shown upon the trial that the defendant was the owner of certain premises, and one Dixon was his agent. Dixon had authority to order coal for the use of the house, and had authorized the janitress to give receipts for such coal when delivered. Dixon ordered coal of the plaintiffs,

and upon delivery thereof the janitress gave receipts therefor, which were in evidence. The price and amount of coal were also shown. Upon the testimony, the plaintiffs should have had a judgment.

Judgment reversed and new trial ordered, with costs to appellants to abide the event. All concur.